ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MITCHELL LUDY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 316-065 |
| SHAWN EMMONS, Warden; DEANNE MORRIS, Ga. Regent Health System Health Service Administrator; CHERIE PRICE, Deputy Warden; WESLEY O'NEAL, Unit Manager; and MITZI HALL, Director of Nursing, Ga. Regent Health System, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 14.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** as moot Petitioner's motion for preliminary

injunction and/or protective order (doc. no. 4).

SO ORDERED this 11th day of October, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE