IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MITCHELL LUDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-065 |
| | ) | |
| SHAWN EMMONS, Warden, sued in official | ) | |
| capacity; DEANNE MORRIS, Ga. Regent | ) | |
| Health System Health Service Administrator, | ) | |
| Sued in official and individual capacity; | ) | |
| CHERIE PRICE, Deputy Warden, sued in | ) | |
| individual capacity; MITZI HALL, Director | ) | |
| of Nursing, sued in individual capacity; | ) | |
| WESLEY O'NEAL, Unit Manager, sued in | ) | |
| individual capacity; NURSE PULLINS, sued | ) | |
| in individual capacity; OFFICER BYRD, sued | ) | |
| in individual capacity; JOHN DOE, Doctor, | ) | |
| Johnson State Prison, sued in individual | ) | |
| capacity; and JANE DOE, Doctor, sued in | ) | |
| individual capacity, [1] | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Before the Court is Plaintiff's Motion for District Court to Use Exhibits from the Original Complaints Filed. (Doc. no. 17.) The Court has already informed Plaintiff he cannot incorporate by reference any prior filings from this or any other suit. (See doc. no.

---

[1] The Court **DIRECTS** the Clerk to update the docket to reflect the amended caption.

16, p. 5.) Therefore, the Court **DENIES** Plaintiff's motion. (Doc. no. 17.)

SO ORDERED this 12th day of December, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA