IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MITCHELL LUDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEANNE MORRIS, Health Service Administrator, Ga. Regent Health System; CHERIE PRICE, Deputy Warden; WESLEY O'NEAL, Unit Manager; JESSICA BYRD, Correctional Officer; CONSTANCE PULLINS, Nurse; JASON HURST, Cert. Officer; LARRY TIMMONS, Cert. Officer; LAKEISHA SMITH, Cert. Officer; JAMIE CLARK, Deputy Warden Administration; ANGIE CLAXTON, Nurse; PEARLENE ROGERS, Nurse; WALT BRYAN, Nurse; PAMELA LINDSEY, Nurse Practitioner; and ANNIE ANDREW-BODI, Physician Assistant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CV 316-065 |
| Defendants. | ) |

_____

**O R D E R**
_____

Before the Court is Plaintiff's Motion to Stay in which he asks the Court to stay all proceedings while he is undergoing cardiac medical care at Augusta State Medical Prison. (Doc. no. 77.) However, there are no current deadlines pending in Plaintiff's case, and the Court will not grant an unlimited stay. Should Plaintiff need an extension for a specific deadline, he may request one at that time. Accordingly, the Court **DENIES** his

motion. (Doc. no. 77.)

SO ORDERED this 14th day of September, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA