IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MITCHELL LUDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-065 |
| | ) | |
| DEANNE MORRIS, Health Service Administrator; CHERIE PRICE, Deputy Warden; WESLEY O'NEAL, Unit Manager; and JESSICA BYRD, Correctional Officer, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is Plaintiff's motion setting forth the witnesses he plans to call at trial. (Doc. no. 108.) After a review of the motion, it appears Plaintiff's motion is premature and there is nothing for the Court to rule upon at this time. Therefore, Plaintiff's motion is **MOOT**.

SO ORDERED this 18th day of September, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA