IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MITCHELL LUDY, )
)
    Plaintiff, )
)
v. ) CV 316-065
)
DEANNE MORRIS, Health Service )
Administrator; CHERIE PRICE, Deputy )
Warden; WESLEY O'NEAL, Unit Manager; )
and JESSICA BYRD, Correctional Officer, )
)
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for summary judgment, (doc. no. 126), **GRANTS** Defendants' motion for summary judgment, (doc. no. 131), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this 7th day of August, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE