# United States District Court
## Southern District of Georgia

MITCHELL LUDY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 316-065

DEANNE MORRIS, Health Service Administrator; CHERIE PRICE, Deputy Warden; WESLEY O'NEAL, Unit Manager; and JESSICA BYRD, Correctional Officer,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 7, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's motion for summary judgment is denied; furthermore, Defendants' motion for summary judgment is hereby granted with final judgment in favor of Defendants. This case stands closed.



08/07/2019
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk